2:25-cv-02331-CDS-BNW

CIVIL COVER SHEET (FORM JS-44)

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)

I. (a) PLAINTIFFS

JOSE DECASTRO

(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF

Los Angeles County, California



Jose DeCastro, Pro Se

5350 Wilshire Blvd., PO Box 36143

Los Angeles, CA 90036

Phone: (310) 963-2445

Email: Chille@situationcreator.com

1

## II. BASIS OF JURISDICTION

☐ 1. U.S. Government Plaintiff

☐ 2. U.S. Government Defendant

☒ 3. Federal Question (U.S. Government Not a Party)

☐ 4. Diversity (Indicate Citizenship of Parties in Item III)

## III. NATURE OF SUIT

**CIVIL RIGHTS - Check ONE box only:**

☐ 440 Other Civil Rights

☐ 441 Voting

☐ 442 Employment

☐ 443 Housing/Accommodations

☐ 444 Welfare

☐ 445 Amer. w/Disabilities - Employment

☐ 446 Amer. w/Disabilities - Other

☒ 440 Civil Rights (Other) - § 1983 Excessive Force, Due Process, First Amendment Retaliation

## IV. ORIGIN

☒ 1. Original Proceeding

☐ 2. Removed from State Court

☐ 3. Remanded from Appellate Court

☐ 4. Reinstated or Reopened

☐ 5. Transferred from Another District

☐ 6. Multidistrict Litigation

☐ 7. Appeal to District Judge from Magistrate Judgment

## V. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):

42 U.S.C. § 1983 - Civil Rights Violations

**Brief description of cause:**

**Violations of 14th Amendment (stigma-plus due process - false NCIC database entry), 4th Amendment (excessive force - torture cuffs), and 1st Amendment (retaliation for journalism and recording police). Plaintiff is nationally-known police accountability journalist detained by Nevada Highway Patrol and subjected to painful restraints based on false database designation.**

**VI. REQUESTED IN COMPLAINT**

☒ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23: ☐ Yes ☒ No

DEMAND: $_____ (Leave blank or state amount if specified)

☒ CHECK YES only if demanded in complaint: JURY DEMAND: ☒ Yes ☐ No

**VII. RELATED CASES**

☐ CHECK IF THERE ARE ANY RELATED CASES: ☐ Yes ☒ No

If yes, list case number(s): N/A

4

# VIII. DIVISIONAL ASSIGNMENT

(For Nevada District Court - Local Rule Requirements)

Civil cases in the District of Nevada are assigned by the following counties:

☒ Las Vegas Division (Clark County and surrounding)

Place where cause of action arose: Interstate-15, approximately 30 miles outside Las Vegas, Clark County, Nevada

**DEFENDANTS**

JOHN DOE OFFICER 1, JOHN DOE OFFICERS 2-8, JOHN DOE SUPERVISING OFFICER, and JOHN DOE STATE ACTORS 10-20

County of Residence of First Listed Defendant: Clark County, Nevada

(IN U.S. PLAINTIFF CASES ONLY)

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED

(For Defendants - Unknown at this time)

Nevada Attorney General's Office will likely represent state defendants

## DATE AND SIGNATURE

Date: November 18, 2025

Signature: _____

    Jose DeCastro, Pro Se Plaintiff

Print Name: Jose DeCastro

## FOR COURT USE ONLY

Receipt #: _____

Amount: $405.00

Assigned Case Number: _____

Judge: _____