Jose DeCastro
5350 Wilshire Blvd., PO Box 36143
Los Angeles, CA 90036
Phone: (310) 963-2445
Email: Chille@situationcreator.com

November 18, 2025

Clerk of Court
U.S. District Court, District of Nevada
Lloyd D. George U.S. Courthouse
333 Las Vegas Boulevard South
Las Vegas, NV 89101

2:25-cv-02331-CDS-BNW

Re: Filing of Civil Rights Complaint under 42 U.S.C. § 1983

Dear Clerk:
Enclosed please find the following documents for filing in a new civil rights action:

1. Original Complaint for Violation of Civil Rights (42 U.S.C. § 1983), signed and dated
2. Two (2) copies of the Complaint
3. Civil Cover Sheet (Form JS-44), completed and signed
4. USPS Money Order in the amount of $405.00, payable to "Clerk, U.S. District Court"

This is a civil rights action under 42 U.S.C. § 1983 alleging violations of the First, Fourth, and Fourteenth Amendments by Nevada Highway Patrol officers. The incident giving rise to this complaint occurred on November 22, 2023, on Interstate-15 in Clark County, Nevada, approximately 30 miles outside Las Vegas.

I respectfully request that the Court:

1. Assign a case number to this matter
2. Issue summons forms for service on the defendants
3. Return conformed copies of the filed complaint to me at the address listed above
4. Provide instructions for service of process

I am proceeding pro se in this matter. Please mail all future correspondence and notices to:

Jose DeCastro
5350 Wilshire Blvd., PO Box 36143
Los Angeles, CA 90036
I may also be reached by email at Chille@situationcreator.com or by phone at (310) 963-2445.

Thank you for your assistance.
Respectfully submitted,

_____

Jose DeCastro, Pro Se

Plaintiff



FILED ___ RECEIVED
___ ENTERED ___ SERVED ON
COUNSEL/PARTIES OF RECORD

NOV 21 2025

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____AMM._____ DEPUTY