Generated: Nov 24, 2025 9:38AM                                                                                                   Page 1/1

# U.S. District Court

### Nevada None - Las Vegas

Receipt Date: Nov 24, 2025 9:38AM

Jose DeCastro

| Rcpt. No: 200017238 | | Trans. Date: Nov 24, 2025 9:38AM | | Cashier ID: #RG (4937) | |
|---|---|---|---|---|---|
| CD | Purpose | Case/Party/Defendant | Qty | Price | Amt |
| 200 | Civil Filing Fee- Non-Prisoner | | 1 | 405.00 | 405.00 |

| CD | Tender | | | | Amt |
|---|---|---|---|---|---|
| MO | Money Order | #2063 | 11/24/2025 | | $405.00 |
| | | | Total Due Prior to Payment: | | $405.00 |
| | | | Total Tendered: | | $405.00 |
| | | | Total Cash Received: | | $0.00 |

**Comments**: 2:25-cv-02331-CDS-BNW

Only when the bank clears the check, money order, or verifies credit of funds, is the fee or debt officially paid or discharged. A $53 fee will be charged for a returned check.

