1

Jose DeCastro
5350 Wilshire Blvd.
P.O. Box 36143
Los Angeles, CA 90036
Email: Chille@situationcreator.com
Phone: (310) 963-2445



November 18, 2025

Nevada Highway Patrol – Southern Command
Attn: Records Custodian / Public Information Officer
4615 West Sunset Road
Las Vegas, NV 89118

ALSO TO:
Nevada Department of Public Safety
Office of General Counsel
515 East Musser Street
Carson City, NV 89701

Re: Nevada Public Records Request (NRS Chapter 239) – Traffic Stop and Detention of Jose DeCastro on November 22, 2023

Dear Records Custodian:

Pursuant to the Nevada Public Records Act, NRS Chapter 239, I respectfully request access to all public records relating to a traffic stop and detention involving me, Jose DeCastro (aka "Chille DeCastro"), that occurred on November 22, 2023, at approximately [TIME], on Interstate-15 approximately 30 miles outside Las Vegas, Nevada.

This request seeks all records—including audio, video, electronic logs, reports, notes, database queries, and internal communications—created, generated, maintained, or received by any Nevada Highway Patrol (NHP) or Nevada DPS personnel in connection with this incident.

---

I. Audio and Video Records

Please provide complete, unedited copies of:

1. Body-Worn Camera (BWC) Footage
   • From every officer present (estimated 7–8 officers)
   • From activation through the conclusion of the encounter
   • Including pre-event buffer footage

1

2. Dash Camera Footage
   • From every patrol vehicle that arrived, responded, or staged
   • Full start-to-finish files
3. In-Car Audio / MVR Recordings
4. Facility or Transport Surveillance Footage
   • If I was transported, escorted, or processed at any NHP facility
5. Any audio/video recordings of conversations, interviews, or statements involving me

## II. Dispatch and Communications Records

Please produce all dispatch-related materials, including:

1. CAD Logs / Event Chronology
   • Full event history with timestamps
   • Units dispatched and clearing times
   • Disposition and status codes
   • Any flags or caution codes displayed to officers
2. Radio Traffic Audio
   • From initial contact through final disposition
   • Backup requests
   • Supervisor notifications
   • Communications regarding NCIC, DMV, or warrant checks
3. MDT / MDC Logs
   • All queries run on my name, DOB, or vehicle
   • NCIC inquiry logs and results
   • DMV records queried
   • All messages sent or received by officers
4. All dispatch center comments, notes, or supplemental communications

## III. Reports and Written Documentation

Please provide:

1. Initial Incident/Traffic Stop Report
2. Arrest or Detention Reports
3. All Citations Issued (if any)
4. Use of Force Documentation, including:
   • Handcuffing reports
   • Any mention of injury, wrist pain, or complaints
   • Supervisor review
5. Narratives and Supplemental Reports
   • From each involved officer

6.   Supervisor Reviews or Sign-Offs
7.   Any internal complaints, citizen complaints, or internal affairs documents
     • If an inquiry or preliminary review was opened
8.   Property/Evidence Logs
     • If any of my property was seized, inspected, or retained

## IV. Officer Identity and Personnel Information

Please provide:

1.   The names, badge numbers, and ranks of all officers present
2.   The supervising officer on scene
3.   Assignment/unit of each officer
4.   Any available, releasable disciplinary documentation related to this incident (recognizing limits under NRS 289.057)

## V. Database Queries and NCIC-Related Records

Please produce:

1.   NCIC Query Logs showing:
     • All queries on my identity
     • Returned results, including any caution flags, advisories, or "officer safety" indicators
     • Any reference to "abrupt tendencies of violence" or similar language
     • Officer/terminal ID for each inquiry
     • Exact timestamps
2.   Nevada state criminal-history or DMV lookup logs
3.   Any printouts, screenshots, or digital displays showing what officers viewed about me
4.   Any interagency communications referencing my NCIC/III profile or caution codes

## VI. Policies, Procedures, and Training Materials (In Effect on Nov. 22, 2023)

Please provide copies of the following NHP/DPS policies:

1.   Traffic Stop Procedures
2.   Handcuffing and Restraint Protocols
3.   Use of Force Policies
4.   Body-Worn and Dash Camera Policies
5.   Policies on the Public's Right to Record Officers
6.   Policies Governing NCIC or Caution Code Responses

And any associated training materials, including:

• Proper handcuffing technique
• Responding to complaints of pain or injury
• Distinguishing secure restraint from pain-compliance
• First Amendment protections regarding recording

## VII. Vehicle-Related Records (If Applicable)

If my vehicle was searched, towed, or inventoried:

1. Impound/Tow Authorization Records
2. Tow Company Information & Receipts
3. Vehicle Inventory/Search Documentation
4. Release forms or disposition records

## VIII. Additional Records

Please also include:

1. Any photographs taken:
   • Of me or any visible injuries
   • Of my wrists and handcuff marks
   • Of my vehicle or the scene
2. Medical evaluations or EMS run sheets, if any
3. All supervisory reviews of the incident
4. Emails, texts, memoranda, or internal communications among NHP/DPS personnel referencing this stop
5. All classification/coding records associated with this incident in NHP systems

## Format and Delivery

Please provide records in electronic format (PDF preferred) to:
Chille@situationcreator.com

Audio/video files should be provided in their native format without downsampling or compression.

If email delivery is not feasible for large files, a secure download link or USB drive is acceptable.

5

## Fee Waiver Request

I request a waiver or reduction of fees under NRS 239.055 because:

1. I am the subject of the records;
2. This incident is relevant to potential civil-rights litigation;
3. Disclosure is in the public interest and concerns law-enforcement accountability;
4. I am a journalist reporting on government transparency issues.

If fees will exceed $50, please notify me first.

## Preservation Notice

This is a formal preservation request.
Do not delete, alter, overwrite, or destroy any responsive records.

I am preparing federal civil-rights litigation under 42 U.S.C. § 1983, and all related records must be preserved.

## Time for Response

Under NRS 239.0107, a response is required within five (5) business days, stating:

- Whether the records will be provided;
- Whether additional time is needed (with explanation); or
- The specific legal basis for any denial.

Please confirm receipt of this request and provide an estimated timeline for production.

## Certification

I certify that I am the individual identified in the records requested and that all information in this request is accurate.

Thank you for your prompt attention.

Respectfully submitted,

6

Jose DeCastro
Date: November 18, 2025

6